UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
CEDRIC BISHOP, :
:
Plaintiff, :
: 20 Civ. 10639 (JPC)
-v- :
: ORDER
ENCOMPASS SUPPLY CHAIN SOLUTIONS, INC. and :
ENCOMPASS SUPPLY HOLDINGS, LLC, :
:
Defendants. :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On June 22, 2021, the parties filed a stipulation purporting to modify the briefing schedule entered by the Court on June 7, 2021. *See* Dkts 20, 21. While the Court adopts the briefing schedule that the parties stipulated to in their June 22, 2021 filing, the parties are reminded that they may not modify any briefing schedule entered by the Court without first making a request pursuant to Rule 3.B of the Court's Individual Rules and Practices in Civil Cases. Any further modifications to the briefing schedule shall be made in accordance with the Court's Individual Rules.

SO ORDERED.

Dated: June 23, 2021
New York, New York

_____
JOHN P. CRONAN
United States District Judge